JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TYI RAI F.[1], <br><br> Plaintiff, <br><br> v. <br><br> MARTIN O'MALLEY, Commissioner of Social Security, <br><br> Defendant. | Case No. CV 23-07594-AS <br><br> **JUDGMENT** |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: August 23, 2024

                                          _____/s/_____
                                          ALKA SAGAR
                          UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's name is partly redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.